## COLEMAN *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 28, September Term, 1960.]

*Decided October 13, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The application for leave to appeal is denied for the reasons set forth in detail in the opinion and order of Judge Tucker denying post conviction relief. The supplementary claim for relief—concerning the obtainment by the prosecuting witness of certain personal belongings of the petitioner—was not only irrelevant, but was not raised below and will not be considered here.

*Application denied.*